UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. ELLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAMI P. BARACEROS, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1083 JAM KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to the motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: February 21, 2018

　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

elli1083.36